UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP PEARLMAN,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

NO. C19-0447RSL

ORDER

This matter comes before the Court on the parties' "Stipulation for Binding Arbitration and Stay of Action." Dkt. # 14. As indicated in their stipulation, the parties have agreed to submit this matter to final and binding arbitration pursuant to the terms of the 2006 promissory note. The above-captioned matter is therefore STAYED, and the Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. If a motion to confirm or vacate the arbitral award is necessary, it may be filed under this cause number.

Defendants' pending motion to compel arbitration (Dkt. # 11) is hereby DENIED as moot, but without prejudice to its refiling should plaintiff fail to initiate arbitral proceedings as specified in the stipulation.

Dated this 12th day of July, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1