The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF
# WASHINGTON AT SEATTLE

| | |
|---|---|
| **PHILIP PEARLMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **NAVIENT SOLUTIONS, LLC,** a foreign limited liability corporation, <br><br> Defendants. | Case No. 2:19-cv-00447-RSL <br><br> **ORDER GRANTING JOINT MOTION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)** |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES** the action **WITH PREJUDICE**. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED**.

Presented by:

/s/ Justin M. Baxter
/s/ Jordan S. O'Donnell


DATED this <u>18th</u> day of February, 2021.

*[signature: Robert S. Lasnik]*

Hon. Robert S. Lasnik
United States District Court Judge

Page 1 -   **ORDER GRANTING DISMISSAL WITH PREJUDICE**
(Case No. 2:19-cv-00447-RSL)

Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)